**UNITED STATES of America, Appellee,**

v.

**Corey JONES, Defendant–Appellant.**

**Docket No. 15-1518**

United States Court of Appeals, Second Circuit.

October 3, 2016

Before: JOHN M. WALKER, Jr., GUIDO CALABRESI, PETER W. HALL, Circuit Judges.

## ORDER

It is hereby ORDERED that, pending the Supreme Court's disposition in *Beckles v. United States*, No. 15-8544, this Court's opinion, issued on July 21, 2016, is VACATED and Appellee's petition for rehearing and for rehearing en banc is held in abeyance. Following the disposition in *Beckles*, Appellee will be permitted to refile the petition for rehearing, which may include arguments based on the decision in *Beckles*, and Appellant will be permitted to file a response.